# jackson|lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
Tel 631-247-0404
Fax 631-247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS: 631-247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2019

## MEMO ENDORSED

December 9, 2019

**APPLICATION GRANTED:** In light of the Parties' representation that they have settled this matter the Settlement Conference currently scheduled for December 11, 2019 is hereby adjourned sine die.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/10/2019

VIA ECF

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: Lopez v. Vanguard Dermatology
Case No. 18-cv-4207 (JGK)(KHP)

Dear Judge Parker:

This law firm represents the Defendant Vanguard Dermatology in connection with the above-referenced action. Plaintiff and Defendant jointly submit this request to cancel the settlement conference scheduled on December 11, 2019 at 10 a.m. The parties have reached an agreement to resolve this case and are in the process of finalizing the terms. We expect to file a Stipulation of Discontinuance within thirty (30) days.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*Brian J. Shenker*

Brian J. Shenker

Cc: Silvia G. Gerges, Esq. (via ECF)

4847-7346-5774, v. 1