```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALBERT LOPEZ,

                          Plaintiff,

              -against-

VANGUARD DERMATOLOGY,

                          Defendant.

-------------------------------------------------------------------X

**ORDER**

**18-CV-4207 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties are directed to file their proposed settlement for Cheeks approval by no later than **May 15, 2020**.  To the extent the parties have been unable to settle this matter, they should file a status letter advising the Court by no later than **May 15, 2020**.

      SO ORDERED.

Dated: April 28, 2020
       New York, New York

                                     _____
                                     KATHARINE H. PARKER
                                   United States Magistrate Judge