```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
ALBERT LOPEZ,

                  Plaintiff,              18cv4207 (JGK)

       - against -                        ORDER

VANGUARD DERMATOLOGY,

                  Defendant.
───────────────────────────────────
```

JOHN G. KOELTL, District Judge:

The parties should make a supplemental submission to the Court on the issue of settlement by June 10, 2020.

**SO ORDERED.**

**Dated:** New York, New York
May 29, 2020
　　　　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge