

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| **Jackson Lewis P.C.** | ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
Tel 631-247-0404
Fax 631-247-0417
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BERKELEY HEIGHTS, NJ
BIRMINGHAM, AL
BOSTON, MA
CHARLOTTE, NC
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO

DETROIT, MI
GRAND RAPIDS, MI
GREENVILLE, SC
HARTFORD, CT
HONOLULU, HI
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL

MILWAUKEE, WI
MINNEAPOLIS, MN
MONMOUTH COUNTY, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI

RALEIGH, NC
RAPID CITY, SD
RICHMOND, VA
SACRAMENTO, CA
SALT LAKE CITY, UT
SAN DIEGO, CA
SAN FRANCISCO, CA
SAN JUAN, PR
SEATTLE, WA
SILICON VALLEY, CA
ST. LOUIS, MO
TAMPA, FL
WASHINGTON DC REGION
WHITE PLAINS, NY

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

June 17, 2020

> Application granted.
> SO ORDERED.
>
> New York, NY      /s/ John G. Koeltl
> June 18, 2020     John G. Koeltl, U.S.D.J.

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10001

Re:  Albert Lopez v. Vanguard Dermatology
     Case No. 18-cv-4207

Dear Judge Koeltl:

This law firm represents Defendant Vanguard Dermatology in the above-referenced action. The parties jointly request an extension of the June 17, 2020 deadline to file a motion for approval of the settlement agreement until June 24, 2020.  This is the first request for an extension of time.  Thank you for Your Honor's continued attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/

Brian J. Shenker

cc:   Silvia Gerges, Esq. (via ECF)

4841-3334-4960, v. 1