```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

**ALBERT LOPEZ,**

              **Plaintiff,**         18cv4207 (JGK)

    - against -                <u>ORDER</u>

**VANGUARD DERMATOLOGY,**

              **Defendant.**
―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should submit settlement documents for Court approval by July 31, 2020 or the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 22, 2020**               _____/s/ John G. Koeltl_____
                                                              **John G. Koeltl**
                                                  **United States District Judge**