**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**ALBERT LOPEZ,**

                  Plaintiff,

     -against-                                         18 **CIVIL** 4207 (JGK)

                                                          **JUDGMENT**

**VANGUARD DERMATOLOGY,**

                  Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 31, 2020, the settlements is approved as fair, reasonable, and adequate including the provision for attorney's fees; this action is dismissed with prejudice in accordance with the settlement agreement.

**Dated:**  New York, New York
           July 31, 2020

                                                                     **RUBY J. KRAJICK**
                                                                       **Clerk of Court**
                                                 **BY:**
                                                                       **Deputy Clerk**